# OFFICE OF THE CIRCUIT MEDIATOR
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **EDWARD G. SMITH**<br>CHIEF CIRCUIT MEDIATOR<br>N. MYRTLE BEACH, SOUTH CAROLINA | **JEROME (JERRY) WOODS, II**<br>CIRCUIT MEDIATOR<br>ELKRIDGE, MARYLAND<br>(410) 540-4955<br>Jerry_Woods@ca4.uscourts.gov | **ROBIN R. TIDWELL**<br>CIRCUIT MEDIATOR<br>LEXINGTON, SOUTH CAROLINA |

July 29, 2025

Re: 24-7010, Samuel Smalls v. William Bailey

Dear Counsel:

    Enclosed is the motion to dismiss the appeal of this case. (See Fed. R. App. P. 42(b)). The motion to dismiss must be filed in electronic PDF format using the Appellate Case Management/Electronic Case Filing System. Select the relief **pursuant to FRAP 42(b)** when filing the motion. Please note only appellant's counsel should file the motion to dismiss.

    Signature of appellant's counsel represents to the Court that all appellate counsel of record consent to this dismissal. It is important that this motion be electronically filed with the Clerk as soon as practicable. However, it should not be filed until all parties are ready for the Fourth Circuit to dismiss the appeal. Your cooperation is appreciated.

    Congratulations on the resolution of your case.

Sincerely,

Jerome (Jerry) Woods, II
Circuit Mediator

Copies:  Gregory Cui
          Jessica M. Laws
          Samantha Noelle Lewis
          Kathleen Pleiss

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-7010
(1:23-cv-00723-BAH)

_____

SAMUEL SMALLS

       Plaintiff - Appellant

v.

WILLIAM BAILEY, Warden of Eastern Correctional Institution; ANNIE D. HARVEY, Commissioner of Correction; FRANK T. TAYLOR, JR., Executive Director Inmate Grievance Office; MS. MCCABE, Case Management Specialist; LIEUTENANT DONALDWAY; LIEUTENANT KESTLER; SERGEANT S. WILSON

       Defendants - Appellees

_____

MOTION TO DISMISS

_____

The undersigned hereby moves that the above appeal be dismissed as has been agreed to by the parties, including agreement as to the payment of fees and costs. FRAP 42(b). Undersigned counsel represents to the Court that all appellate counsel of record consent to this dismissal.

_____
Gregory Cui
Counsel for Appellant